JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| VICTOR ARZATE, | ) | Case No. 2:20-cv-01076-DOC-JDE |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

In accordance with the Memorandum and Order Dismissing Action Pursuant to 28 U.S.C. § 1915a filed herewith,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that this action is dismissed with prejudice.

Dated: Feb 19, 2020

_____
DAVID O. CARTER
United States District Judge